Rochelle DRIESSEN, Plaintiff–
Appellant,

v.

MIAMI–DADE COUNTY SCHOOL
BOARD, Florida Department of Edu-
cation Bureau of Exceptional Edu-
cation and Student Services, 11th Ju-
dicial Circuit Court, In and for Dade
County, Florida Juvenile Division, De-
fendants–Appellees.

No. 12–13825
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 31, 2013.

Before CARNES, BARKETT and
KRAVITCH, Circuit Judges.

PER CURIAM:

Rochelle Driessen appeals the district
court's dismissal for frivolity under 28
U.S.C. § 1915(e)(2)(B)(i) of her Individuals
With Disabilities Education Act (IDEA)
claim. After careful review, we affirm.

On June 15, 2012, Driessen filed suit
against the above defendants, alleging sev-
eral IDEA violations. In her complaint,
she conceded that a Florida state court
had terminated her parental rights to her
two children and attached a copy of a
state-court order to that effect. The dis-
trict court took note and *sua sponte* dis-
missed Driessen's complaint as frivolous,
noting that she had filed two previous
IDEA lawsuits, both dismissed because
she had no parental rights and therefore
lacked standing to sue under the IDEA,
and that her parental status had admitted-
ly remained unchanged. This is Dries-
sen's appeal.

We review a dismissal for frivolity for an
abuse of discretion. *Miller v. Donald*, 541
F.3d 1091, 1100 (11th Cir.2008). "A claim
is frivolous if and only if it lacks an argua-
ble basis either in law or in fact." *Id.*
(internal quotation marks omitted). Dries-
sen appealed both of her prior IDEA cases
to this court. In the first, we affirmed the
district court's dismissal on grounds not
relevant to this appeal. *See Driessen v.
Miami–Dade Cnty. Sch. Bd.*, 504 Fed.
Appx. 864 (11th Cir.2013) (unpublished).
In the second, we also affirmed, holding
that Driessen lacked standing because, as
someone who did not have permanent legal
guardianship of her children, she was with-
out the authority to make educational deci-
sions for her children that is necessary to
confer standing to assert an IDEA claim.
*Driessen v. Lockman*, 518 Fed.Appx. 809,
2013 WL 1920911 (11th Cir. May 10, 2013)
(unpublished). Driessen admitted in her
complaint in the instant case that she still
lacked legal guardianship of her children.
Accordingly, for the reasons stated in
*Driessen v. Lockman*, we conclude that
Driessen's assertion of standing to bring
this suit "lacks an arguable basis either in
law or in fact," *Miller*, 541 F.3d at 1100
(internal quotation marks omitted), and
the district court did not abuse its discre-

tion in dismissing her case under § 1915(e)(2)(B)(i).

**AFFIRMED.**